## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHAWN L. MCCURRY,<br><br>                Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner, Social Security Administration,<br><br>                Defendant. | Case No. 14-CV-457-JED-FHM |

### OPINION AND ORDER

The motion of Plaintiff's counsel to Enlarge Time to Submit Notice to Plaintiff, [Dkt. 34], is before the court. The motion recites that counsel has not received the required notice concerning attorney fees from Mrs. McCurry, wife of deceased Plaintiff. The court notes that Mrs. McCurry filed the notice with the court, expressing her objection to payment of fees under §406(b). [Dkt. 32]. As a result, it appears that counsel does not require additional time to present the notice. However, counsel may desire an opportunity to respond to Mrs. McCurry's objection. Therefore, counsel is granted until November 17, 2016 in which to file a brief response to that objection.

The Motion to Enlarge Time, [Dkt. 34], is MOOT. A further deadline is established as set out herein.

SO ORDERED this 8th day of November, 2016.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE